UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-61351-CIV-DIMITROULEAS

FELIX CASTRO,

    Plaintiff,

vs.

DEPUTY STEPHONSON, et al,

    Defendant.
_____/

## ORDER ADOPTING REPORT OF MAGISTRATE JUDGE

THIS CAUSE is before the Court upon the Report of Magistrate Judge Reid, dated September 29, 2020 (the "Report") [DE 8]. The Court notes that no objections to the Report have been filed, and the time for filing such objections has passed.

As no timely objections were filed, Magistrate Judge Reid's factual findings in the Report [DE 8] are hereby adopted and deemed incorporated into this opinion. *LoConte v. Dugger*, 847 F.2d 745, 749-50 (11th Cir. 1988), *cert. denied*, 488 U.S. 958 (1988); *RTC v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993). Although no timely objections were filed, the Court has conducted a *de novo* review of the Report [DE 8] and record and is otherwise fully advised in the premises. The Court agrees with Magistrate Judge Reid's recommendations.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.     Magistrate Judge Reid's Report [DE 8] is **ADOPTED** and **APPROVED**;

2.     The claim against Defendant Stephonson, in his individual capacity, for the unlawful use of force for the incident alleged on October 4, 2019, shall proceed. The state tort claims against Defendant Stephonson, in his individual capacity, for

assault and battery, shall proceed. The claims against Defendants Buggs, Font and Peires for failure to protect shall proceed. 4.The claims against Defendants Stephonson, Buggs, Font, and Peires for deliberate indifference to a serious medical need shall proceed. The claims against Defendants Stephonson, Buggs, Font and Peires for mental and emotional injuries shall proceed. The claims against Defendants Stephonson, Buggs, Font and Peires for punitive damages shall proceed.

3. Service will be ordered upon Defendants Stephonson, Buggs, Font, and Peires by separate order.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 20th day of October 20, 2020.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record

Felix Castro
571-904-160
Broward County Main Jail
Inmate Mail/Parcels
Post Office Box 9356
Fort Lauderdale, FL 33310
PRO SE